

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)  Margaret Hartley )
)
) 08CV3830
v. ) JUDGE LEFKOW
Defendant(s) Villa Scalabrini ~~Nursing Home~~ ) MAGISTRATE JUDGE NOLAN
of Resurrection )
)

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Margaret Hartley, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have tried to find an attorney and could not find one because I could not afford one. I have tried and called more than ten.

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Margaret Hartley_     _853 N. Trumbull Ave_
Movant's Signature     Street Address

_7-3-08_     _Chgo, Il, 60651_
Date     City, State, ZIP

FILED
JUL 03 2008 TC
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT